**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| GUILLERMO ZAMORA, | No. 08-74206 |
| Petitioner, | Agency No. A076-213-649 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted May 5, 2011[**]
Pasadena, California

Before: SILVERMAN, TALLMAN, and CLIFTON, Circuit Judges.

Guillermo Zamora, a native and citizen of Mexico, petitions for review of a

final order of removal. We deny in part and dismiss in part the petition for review.

We lack jurisdiction to consider Zamora's current due process claims –

issues which, if meritorious, the Board could have remedied – because he did not

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

raise those claims before the Board of Immigration Appeals.  *Tall v. Mukasey*, 517

F.3d 1115, 1120 (9th Cir. 2008).  Those claims are dismissed.

We have jurisdiction to consider removability because the Board addressed

the issue.  *Socop-Gonzalez v. INS*, 272 F.3d 1176, 1186 (9th Cir. 2001) (en banc).

The immigration judge and the Board did not err in relying on Zamora's

admissions – made during the pleading stage of his hearing – to each of the

allegations in the notice to appear.  *Perez-Mejia v. Holder*, No. 07-70118, 2011

WL 1496990, at *4-10 (9th Cir. Apr. 21, 2011).  Because these admissions

established Zamora's removability pursuant to 8 U.S.C. § 1227(a)(2)(B)(i) by clear

and convincing evidence, we deny the petition for review.  8 C.F.R. § 1240.10(c)-

(d).

PETITION FOR REVIEW DISMISSED IN PART AND DENIED IN

PART.